Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

*E-FILED - 6/26/09*

Attorney for Collect Corp Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYELLEN WHITTON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COLLECT CORP CORPORATION,<br><br>　　　　　Defendant. | Case No.  09-CV-1683-RMW<br><br>STIPULATION TO DISMISS WITH PREJUDICE  AND ORDER |

　　　　Plaintiff, MARYELLEN WHITTON, filed the present action against COLLECTCORP CORPORATION ("Collectcorp") on April 16, 2009.  The parties resolved the action in its entirety prior to Collectcorp filing a responsive pleading.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

/ / /

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2  their designated counsel that the above captioned action is dismissed with prejudice
3  
4  pursuant to Fed. R. Civ. Pro. 41.
5  
6  
7  Dated: 6/22/09            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
8  
                             /s/Albert R. Limberg
9                            Albert R. Limberg,
                             Attorney for Defendant,
10                           Collect Corp Corporation
11  
12  Dated: 6/22/09            KROHN & MOSS, LTD.
13  
                             /s/ Michael Agruss
14                           Michael Agruss,
                             Attorney for Plaintiff,
15                           Maryellen Whitton
16  
17  
18  IT IS SO ORDERED.
19  Dated: 6/26/09           _____
                             *Ronald M. Whyte* (signature)
20                           Hon. Ronald M. Whyte
                             United States District Judge
21  
22  
23  
24  
25  
26  
27  
28